# ALABAMA COURT OF CRIMINAL APPEALS



July 11, 2025

**CR-2024-0511**
Timothy Bryan Standfield v. State of Alabama (Appeal from Lauderdale Circuit Court: CC-15-535.63)

## NOTICE

You are hereby notified that on July 11, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk